# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CARMEN MARIE MILLER,**                                                                 **PLAINTIFF**
**ADC # 712565**

v.                              **CASE NO. 3:14CV00265 BSM**

**SAMMIE JO JOHNSON, et al.**                                                           **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Shannon Anthony and Rodney Newman are dismissed without prejudice.

2. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 24th day of December 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE