IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARMEN MARIE MILLER**                                                          **PETITIONER**

v.                      **CASE NO. 3:14-CV-00265 BSM**

**SAMMIE JO JOHNSON, et al.**                 **RESPONDENT**

## ORDER

The proposed findings and recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, the PRD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that the defendants' motion for summary judgment [Doc. No. 23] is granted, and the case is dismissed with prejudice. It is certified that pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 24th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE