**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CARMEN MARIE MILLER**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:14-CV-00265 BSM**

**SAMMIE JO JOHNSON, et al.**                                                    **DEFENDANT**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

It is certified that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE